**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CATHERINE SCHRAMEK,

    Plaintiff,

v.                                                 Case No: 8:20-cv-9-T-36AAS

AMERICANA DENTAL, INC. and US
DENTAL MILLING LLC,

    Defendants.
_____

## ORDER

The Court has been advised by the Mediation Report (Doc. 28) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED** that this case be **administratively closed** pending receipt, within **sixty (60) days** from the date of this Order, of either a Joint Notice of Voluntary Dismissal, or a Joint Motion to Approve Proposed FLSA Settlement. If the claims were resolved without compromise, a joint motion to approve FLSA settlement is unnecessary. In its place, the parties are directed to file a notice of dismissal indicating that the claims have been resolved without compromise.

**DONE and ORDERED** at Tampa, Florida this 14th day of October, 2020.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record